# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HAYDEN McMANAMY, | Case No. EDCV 08-0083-DSF (JTL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MICHAEL A. SMELOSKY, Warden, | |
| Respondent. | |

In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Second Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 7/6/09

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE